**Order entered April 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00839-CR

**TOREY BOYKIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82130-2012**

## ORDER

On March 5, 2014, this Court adopted the trial court's findings that appellant desires to pursue the appeal, is indigent and represented by court-appointed counsel, and that counsel would file appellant's brief by March 28, 2014. On April 4, 2014, the Court granted counsel a ten-day extension of time to file appellant's brief. To date, however, counsel has not filed appellant's brief.

Accordingly, we **ORDER** appellant to file his brief by **MAY 9, 2014**. If appellant's brief is not filed by that date, the Court will order Lara Bracamonte removed as appellant's appointed attorney of record and will order the trial court to appoint new counsel to represent appellant in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Ray Wheless, Presiding Judge, 366th Judicial District Court; Lara Bracamonte; and the Collin County District Attorney's Office.

/s/     LANA MYERS  
           JUSTICE